UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-00818-CRS-CHL

**JOHNETTA CARR,**                                                                                      **Plaintiff,**

v.

**LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, et al.,**                                                            **Defendants.**

**ORDER**

This matter came before the undersigned for a telephonic status conference on April 8, 2025. Participating were the following:

> FOR PLAINTIFFS:     Elliot R. Slosar; Amy R. Staples
>
> FOR DEFENDANTS:     William Hartman Brammell, Jr.

The Court and the Parties discussed the status of the action, and the Parties indicated that they are in the midst of productive settlement negotiations. Given their ongoing negotiations, the Court will direct them to file a status report as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **May 16, 2025**, the Parties shall file a joint status report regarding their ongoing settlement negotiations. While they shall include no offers or demands in their report, they shall indicate whether they believe they will be able to resolve the matter through private negotiations and/or whether they request the assistance of the undersigned through either *ex parte* calls regarding settlement or a settlement conference.

cc: Counsel of record

0|20     April 9, 2025

Colin H Lindsay, Magistrate Judge
United States District Court